# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **HANOVER AMERICAN INSURANCE COMPANY,** and **HANOVER INSURANCE COMPANY,**<br><br>Plaintiffs/Counter Defendants,<br><br>vs.<br><br>**KIND, LLC,**<br><br>Defendant/Counter Claimant. | 8:22CV386<br><br>ORDER |
| **BRIDGETOWN NATURAL FOODS, LLC,**<br><br>Intervenor-Plaintiff,<br><br>vs.<br><br>**HANOVER AMERICAN INSURANCE COMPANY, HANOVER INSURANCE COMPANY, and KIND, LLC.**<br><br>Intervenor-Defendants. | |

This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." After review, the undersigned judge shall, and hereby does, recuse himself from the above-captioned case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

Dated this 12th day of September, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge