IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HANOVER AMERICAN INSURANCE COMPANY and HANOVER INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> KIND, LLC, <br><br> Defendant, <br><br> BRIDGETOWN NATURAL FOODS, LLC, <br><br> Intervenor-Plaintiff, <br><br> vs. <br><br> HANOVER AMERICAN INSURANCE COMPANY and HANOVER INSURANCE COMPANY; and KIND, LLC, <br><br> Intervenor-Defendants. | CASE NO. 8:22-CV-00386 <br><br> **STIPULATION AND JOINT MOTION TO DISMISS** |

    It is hereby stipulated by and between the parties hereto that the Plaintiff's Complaint, the Defendant's Counterclaim against the Plaintiff, the Intervenor's Complaint, and the Defendant's Counterclaim against the Intervenor, and all claims for relief stated therein be dismissed with prejudice and with costs taxed to the parties incurring the same.

    The parties jointly move that this Stipulation be granted and that an Order be entered accordingly.

Dated this 29th day of December, 2023.

        HANOVER AMERICAN INSURANCE
        COMPANY and HANOVER INSURANCE
        COMPANY, Plaintiffs.

By:  */s/ Emily R. Motto*
    Emily R. Motto, #24990
    Christopher M. Schmidt, #26096
    J. Michael Hannon, #26799
    Baylor Evnen Wolfe & Tannehill, LLP
    Union Bank Place
    1248 "O" Street, Suite 900
    Lincoln, NE 68508
    (402) 475-1075
    emotto@baylorevnen.com

    KIND, LLC, Defendant

By:  */s/ Thomas J. Culhane*
    Thomas J. Culhane, #10859
    Matthew B. Reilly, # 24186
    ERICKSON | SEDERSTROM, PC
    Regency Westpointe, Suite 100
    10330 Regency Parkway Drive
    Omaha, NE 68114
    (402) 397-2200
    tculh@eslaw.com

    BRIDGETOWN NATURAL FOODS, LLC,
    Intervenor-Plaintiff,

By:  */s/ Joseph F. Bermudez*
    Joseph F. Bermudez (*Admitted PHV*)
    300 Four Falls Corporate Center, Suite 670
    300 Conshohocken State Road
    West Conshohocken, PA 19428
    (484) 344-5296
    jbermudez@stewartsmithlaw.com

By: */s/ Daniel L. Lindstrom*
Daniel L. Lindstrom
322 West 39th Street
PO Box 1060
Kearney, NE 68848
(308) 234-5579
dlindstrom@jacobsenorr.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

BY: */s/ Emily R. Motto*
Emily R. Motto, #24990
Christopher M. Schmidt, #26096
J. Michael Hannon, #26799