IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HANOVER AMERICAN INSURANCE
COMPANY, and HANOVER INSURANCE
COMPANY,

               Plaintiffs,

   vs.

KIND, LLC,

               Defendant.

**8:22CV386**

**ORDER ON STIPULATION AND JOINT
MOTION TO DISMISS**

This case is before the Court on the parties' Stipulation and Joint Motion to Dismiss signed by all parties. Filing 75. The parties stipulate to dismissal with prejudice of all claims for relief stated in the pleadings in this case and with each party to bear its own costs. Accordingly,

IT IS ORDERED that the parties' Stipulation and Joint Motion to Dismiss, Filing 75, is granted, and this case and all claims for relief in it are dismissed with prejudice and with each party to bear its own costs.

Dated this 2nd day of January, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge